1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| PEDRO CRUZ, | ) | No. C 12-1617 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | EXTENSION OF TIME TO FILE |
| v. | ) | |
| | ) | |
| WARDEN G.D. LEWIS, | ) | |
| | ) | |
| Respondent. | ) | (Docket No. 9.) |
| _____ | ) | |

11

12

13

14

15

16        Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  Petitioner has filed a motion an extension of time to file a "reply"

18   to Respondent's answer to his petition for writ of habeas corpus.  On October 1, 2012, Petitioner

19   filed a timely "reply".  *See Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (concluding that the

20   date upon which a *pro se* prisoner hands over his notice of appeal to prison authorities is the date

21   of filing); *Faile v. Upjohn Co.*, 988 F.2d 985, 988 (9th Cir. 1993) (applying the "mailbox rule" to

22   other civil filing deadlines), overruled on other grounds by *McDowell v. Calderon*, 197 F.3d

23   1253 (9th Cir. 1999).  The Court construes Petitioner's "reply" as a traverse.  Petitioner's request

24   for an extension of time is **DENIED** as unnecessary.

25        This order terminates docket number 9.

26        IT IS SO ORDERED.

27   DATED: _____10/24/12_____                    *Lucy H. Koh*
                                                    LUCY H. KOH
28                                                  United States District Judge

Order Denying Motion for Ext. of Time to File
G:\PRO-SE\SJ.LHK\HC.12\Cruz617eot-trav.wpd